**Algo Hernandez CAGOYA, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28790.

Court of Criminal Appeals of Texas.

Jan. 30, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.